**2003–1285. State v. Wilder.**
Lucas App. No. L–01–1401, 2003-Ohio-1033. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2003–1294. State v. Elam.**
Hancock App. No. 5–02–57, 2003-Ohio-1577. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and O'DONNELL, JJ., dissent.

**2003–1304. State v. McCoy.**
Hamilton App. No. C–030354. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and O'CONNOR, JJ., dissent.

**2003–1341. In re Conservatorship of Ahmed.**
Belmont App. Nos. 01BA13 and 01BA48, 2003-Ohio-3272. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1357. State v. Jackson.**
Franklin App. No. 02AP–915, 2003-Ohio-2665. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.
On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON, J., dissents.

**2003–1361. Petrilla v. Ohio State Bd. of Pharmacy.**
Mahoning App. No. 02CA151, 153 Ohio App.3d 428, 2003-Ohio-3276, 794 N.E.2d 706. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1362. Donofrio v. Winebrenner.**
Summit App. No. 21356, 2003-Ohio-3317. On motion for stay of execution of court of appeals' judgment. Motion denied.

**2003–1458. State v. Dalton.**
Franklin App. No. 01AP–1313, 153 Ohio App.3d 286, 2003-Ohio-3813. On motion for stay of court of appeals' judgment. Motion denied.
RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2003–1466. In re Williams.**
Geauga App. Nos. 2003–G–2498 and 2003–G–2499, 2003-Ohio-3550. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry:
"Whether children who are the subject of a motion to terminate parental rights are 'parties' to that proceeding for the purposes of Juv.R. 4(A) and R.C. 2151.352, requiring the appointment of counsel."
F.E. SWEENEY, J., dissents.
The conflict case is *In re Alfrey,* 2d Dist. No. 01CA0083, 2003-Ohio-608, 2003 WL 262587.

## APPEALS ACCEPTED FOR REVIEW

**2003–0825. Edgell v. Monroe Guar. Ins. Co.**
Muskingum App. No. CT20020008, 2003-Ohio-1666. Discretionary appeal allowed and cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed. ·
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0845. Grubb v. Michigan Mut. Ins. Co.**
Montgomery App. No. 19575, 2003-Ohio-1558. Discretionary appeal allowed and cause held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142; briefing schedule stayed.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.